Form dschntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 18−35882
Chapter: 13
Judge: Pamela S. Hollis

In Re:
  Derrick M Harris
  740 Linsey Lane
  Bolingbrook, IL 60440

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6517

Employer Tax ID / Other nos.:

---

### Notice of Denied, Vacated, Waived, or Revoked Discharge

On January 11, 2019 , the Court signed an order:

- ○ Vacating the Discharge
- ● Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: January 15, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 18-35882-PSH
Derrick M Harris                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: dwilliams              Page 1 of 2              Date Rcvd: Jan 15, 2019
                Form ID: dschntc              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
```
db             +Derrick M Harris,    740 Linsey Lane,    Bolingbrook, IL 60440-6170
27414878      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
27414881       +Consumer Portfolio SVS,    19500 Jamboree Rd.,    Suite 500,    Irvine, CA 92612-2437
27414882       +Contnental Finance Company,    4550 New Linden Hill Rd.,    Ste. 400,    Wilmington, DE 19808-2952
27414886       +First Premier,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
27414893       +Risecso,    4150 International,    Suite 300,    Fort Worth, TX 76109-4819
27414899       +TD Bank USA/Target Credit,    P.O. Box 1470,    Minneapolis, MN 55440-1470
27414900       +The Bank of Missouri/Milstone,    P.O. Box 4499,    Beaverton, OR 97076-4499
27414902       +Wells Fargo Card Service,    P.O. Bo 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27414880       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2019 02:57:14     CB / Carson's,
                 P.O. Box 182789,    Columbus, OH 43218-2789
27414879       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2019 02:53:04
                 Capital One Bank USA NA,    10700 Capital One Way,    Richmond, VA 23060-9243
27414883       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2019 02:53:09     Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
27414884        E-mail/Text: mrdiscen@discover.com Jan 16 2019 02:56:43     Discover Financial Services,
                 Bankruptcy Department,    PO Box15316,    Wilmington, DE 19850
27431863       +E-mail/Text: mrdiscen@discover.com Jan 16 2019 02:56:43     Discover Bank,
                 Discover Product Inc,    PO BOX 3025,    New Albany, OH 43054-3025
27414885       +E-mail/Text: bknotifications@fncu.org Jan 16 2019 02:57:07     First Northern Credit Union,
                 230 W. Monroe St.,    Ste. 2850,    Chicago, IL 60606-4903
27414887       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jan 16 2019 03:00:23     Genesis Bankcard Service,
                 P.O. Box 4499,    Beaverton, OR 97076-4499
27414888       +E-mail/Text: collectionsbk@glcu.org Jan 16 2019 02:57:55     Great Lakes CU,
                 2525 Green Bay Rd.,    North Chicago, IL 60064-3012
27414889       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 16 2019 02:56:48     Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
27414890       +E-mail/PDF: cbp@onemainfinancial.com Jan 16 2019 02:52:28     Onemain,    P.O. Box 1010,
                 Evansville, IN 47706-1010
27414891       +E-mail/Text: opportunitynotices@gmail.com Jan 16 2019 02:58:50     Opportunity Financial,
                 130 Randolph St.,    Ste 1650,    Chicago, IL 60601-6241
27414892       +E-mail/Text: bankruptcy@loanpacific.com Jan 16 2019 03:00:05     Pacific Union Financial,
                 1603 LBJ Freeway,    Suite 600,    Farmers Branch, TX 75234-6071
27414894       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48     SYNCB/Art Van Furniture,
                 P.O. Box 965036,    Orlando, FL 32896-5036
27414895       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48     SYNCB/Car Care,    P.O. Box 965001,
                 Orlando, FL 32896-5001
27414896       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48     SYNCB/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
27414897       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48     SYNCB/Mattress Firm,
                 P.O. Box 965036,    Orlando, FL 32896-5036
27414898       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48     SYNCB/Score Rewards,
                 P.O. Box 965005,    Orlando, FL 32896-5005
27415771       +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2019 04:17:48     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
27414901       +E-mail/Text: bnc-bluestem@quantum3group.com Jan 16 2019 02:59:16     Webbank / Fingerhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 19
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                Date Rcvd: Jan 15, 2019
                              Form ID: dschntc             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
          Glenn B Stearns    stearns_g@lisle13.com
          Jay M Reese    on behalf of Debtor 1 Derrick M Harris lawofficeofjmreese@sbcglobal.net
          Laura A. Hrisko    on behalf of Creditor   Pacific Union Financial, LLC ND-Two@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```