## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Case No.: 18-18440 et al. |
|---|---|
| Robert Jeffery ODonnell | Chapter: 13 |
| AND ATTACHED LIST OF CASES | Judge Donald R. Cassling |

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Laura Hrisko formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY GRANT SIMMONS, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for lender **Nationstar Mortgage LLC d/b/a Mr. Cooper** and Laura Hrisko formerly of Codilis & Associates, P.C. withdraws her appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Laura Hrisko | Grant Simmons |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Laura Hrisko                                         /s/ Grant Simmons

RESPECTFULLY SUBMITTED

/s/ Grant Simmons

May 17, 2019

NOTE: This law firm is a debt collector.

14-18-14131

Attached List of Cases:

| BK CASE # | DEBTORS | |
|---|---|---|
| 18-18440 | Robert Jeffery ODonnell | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-19367 | Roberta Taylor | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-20232 | Darek Filimon | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-21597 | Xica Henley | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-21856 | Ronald W Keller | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-22449 | Kenneth Nathan Moore | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-23421 | ZINNIA E AYALA and JOSE M AYALA | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-24200 | April L Tyus Clinton | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-24654 | Janeen Tate | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-26046 | Normalee Gallimore | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 18-28070 | Saynetta George | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-28358 | Cherryl Brann | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-28693 | Jessica Valdez | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-30034 | Amanda Jordan | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-30172 | Tesfayohanes Sebhat | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-30548 | Delicia Artise Santana | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-30561 | Christopher C Barbee | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-31232 | John P Navarro | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-31343 | Alison Sammartano | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-32016 | Cedric Johnson and Victoria Johnson | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-32089 | Karla Ann Pradt | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-33127 | Ismael Cano | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-33482 | Jessica Alexis Carreon and Mariacruz Ayala | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-33578 | Albert D Bugg, Sr and Connie Bugg | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-33848 | Jamie A McCartin-Clayton | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-33953 | Mindaugas Diska | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-34178 | Andrea Brooks | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-34349 | Joseph Akins, Jr. | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-34720 | Janice A. Thomas-Wiley | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-34959 | Jessica Lynn Krech | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-35470 | Robert M Traver, Jr and Helen A Traver | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-35882 | Derrick M Harris | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-80840 | Raul Mendez | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 18-81113 | Nicholas G Scudder and Megan Scudder | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-00530 | James Peter Ullery, Jr. | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-00873 | CHARLES F BLANKENSHIP, JR | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-01266 | Andrea L Berger and Ryan D Berger | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | |
|---|---|---|
| 19-01757 | Megan Cathleen Klomes | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-01970 | Kenyetta D Williams | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-02037 | Robert Hills | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-03051 | Jeffery Delia | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-03063 | Elizabeth R Siercks | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-04293 | Sallie B Johnson | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-05072 | Laurie Rose Crane | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-05130 | Ewa Alicja Holda | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-06287 | June Marie Townsend | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-07219 | George G. Garnica and Edelweiss T. Garnica | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-08845 | Brian D. Prather and Melissa M. Prather | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-08889 | Angela Rodriguez | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-09129 | Jeanne Ann Davito | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-09723 | Marc A. Taylor | Nationstar Mortgage LLC d/b/a Mr. Cooper |